IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| **BETTY J. LIGHT,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | |
| ) | Case No. 6:24-cv-03153-MDH |
| **MISSOURI DEPARTMENT OF** ) | |
| **SOCIAL SERVICES, et. al.,** ) | |
| ) | |
| **Defendants.** ) | |

# ORDER

Before the Court is Defendant Missouri Department of Social Services' ("MDSS") Motion to Dismiss for Failure to State a Claim, Lack of Jurisdiction Due to Untimely Filing and Improper Venue, and in the Alternative, for a More Definite Statement (Doc. 10). Also before the Court is Defendant United States of America's ("USA") Motion to Dismiss for Failure to State a Claim and Lack of Subject Matter Jurisdiction. (Doc. 20).

After review of Plaintiff's Complaint, the Court finds Defendants' collective motions have merit. Even assuming Plaintiff is the proper party to bring this action under Fed. R. Civ. P. 17 she does not allege which parts of the work program violates what portion of her adult children's religious beliefs. She does not cite to any portion of the Holy Bible she contends forms the basis of her claim on her adult children not being required to work and to remain eligible under the SNAP program.

Plaintiff will have 10 days from this Order to file an amended complaint that states with sufficient particularity how her children's exemption to the SNAP work program is essential to the

1

practice of their religion. If Plaintiff fails to do so the Court will grant Defendants' Motions to Dismiss.

**IT IS SO ORDERED**.
DATED: November 5, 2024

                                            */s/ Douglas Harpool*
                                            **DOUGLAS HARPOOL**
                                            **UNITED STATES DISTRICT JUDGE**